**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00080-CV**

---

**JAMES DIXON AND CHERYL DIXON, Appellant**

**V.**

**JIA LU, Appellee**

---

**On Appeal from County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-066444**

---

**MEMORANDUM OPINION**

This is an appeal from a final judgment signed January 16, 2020. Appellants' brief was due March 16, 2020. No brief or motion to extend time to file the brief was filed.

On March 31, 2020, the court ordered appellants to file a brief by April 15, 2020. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.